JS-6

# United States District Court
## Central District of California

ROSALINDA RIOS,

    Plaintiff,

v.

FIVE STAR SENIOR LIVING, INC., et al.,

    Defendants.

Case No. EDCV 21-00282-VAP-SPx

**ORDER OF DISMISSAL**

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: July 6, 2021

    VIRGINIA A. PHILLIPS
    United States District Judge

1